AO 440 (Rev. 12/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Northern District of California

JOHN R. BOTTI,  E-filing )
_____ )
*Plaintiff* )
 )
v. ) Civil Action No.
EQUIFAX INFORMATION SERVICES LLC ADR ) CV 11-00113
_____ )
*Defendant* )

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  Equifax Information Services LLC, 1550 Peachtree St NW, Atlanta, GA 30309

Trans Union LLC, a Delaware corporation, 555 W Adams St, Chicago, IL 60661

FIA Card Services, N.A. 1000 Samoset Drive, Wilmington, DE 19884

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

ANDERSON, OGILVIE & BREWER LLP
Mark F. Anderson (SBN 44787)
600 California Street, 18th Floor
San Francisco, CA 94108   415-651-1951
mark@aoblawyers.com

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: 1/10/11

Tiffany Salinas-Harwell
_____
*Signature of Clerk or Deputy Clerk*