UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

JOHN R. BOTTI

            Plaintiff(s),

v.

EQUIFAX INFORMATION SERVICES, LLC, ET AL.

            Defendant(s).
_____/

CASE NO. 5:11-cv-00113-JF

STIPULATION AND [PROPOSED]
ORDER SELECTING ADR PROCESS

Counsel report that they have met and conferred regarding ADR and have reached the following stipulation pursuant to Civil L.R. 16-8 and ADR L.R. 3-5:

The parties agree to participate in the following ADR process:

**Court Processes:**
- ☐ Non-binding Arbitration (ADR L.R. 4)
- ☐ Early Neutral Evaluation (ENE) (ADR L.R. 5)
- ☑ Mediation (ADR L.R. 6)

*(Note: Parties who believe that an early settlement conference with a Magistrate Judge is appreciably more likely to meet their needs than any other form of ADR, must participate in an ADR phone conference and may not file this form. They must instead file a Notice of Need for ADR Phone Conference. See Civil Local Rule 16-8 and ADR L.R. 3-5)*

**Private Process:**
- ☐ Private ADR *(please identify process and provider)* _____

The parties agree to hold the ADR session by:
- ☐ the presumptive deadline *(The deadline is 90 days from the date of the order referring the case to an ADR process unless otherwise ordered.)*

- ☑ other requested deadline   120 days

Dated: 3/24/11

Dated: 3/24/11

/s/ Mark F. Anderson, Esq.
Attorney for Plaintiff

See attached page 2
Attorney for Defendant

Page 2 to Stipulation to ADR

<u>Botti v. Equifax Information Services, LLC, et al.</u>, Case No. 5:11-cv-00113-JF

**for Defendant Equifax Information Services, Inc.**
Thomas P. Quinn, Esq.
Nokes & Quinn
410 Broadway, Suite 200
Laguna Beach, CA  92651
Phone: 949-376-3500
Fax:  949-376-3070
E-Mail: tquinn@nokesquinn.com

**for Defendant FIA Card Services, N.A.**
Scott H. Jacobs, Esq.
Veronica Kuiumdjian, Esq.
Reed Smith LLP
335 S. Grand Avenue, Suite 2900
Los Angeles, CA  90071
Telephone:  213-457-8000
Fax:  213-457-8080
E-mail:  shjacobs@reedsmith.com
              vkuiumdjian@reedsmith.com

**for Defendant Trans Union, LLC**
William R. Brown, Esq.
  *(admitted Pro Hac Vice)*
Tim D. McKay, Esq.
  *(Pro Hac Vice application pending)*
Schuckit & Associates, P.C.
4545 Northwestern Drive
Zionsville, IN  46077
Telephone:  317-363-2400
Fax:  317-363-2257
E-Mail:  wbrown@schuckitlaw.com
              tmckay@schuckitlaw.com

When filing this document in ECF, please be sure to use the appropriate ADR Docket Event, e.g., "Stipulation and Proposed Order Selecting Early Neutral Evaluation."

[PROPOSED] ORDER

Pursuant to the Stipulation above, the captioned matter is hereby referred to:
- ☐ Non-binding Arbitration
- ☐ Early Neutral Evaluation (ENE)
- ☑ Mediation
- ☐ Private ADR

Deadline for ADR session
- ☐ 90 days from the date of this order.
- ☑ other   120 days

IT IS SO ORDERED.

Dated: 3/30/11

_____
UNITED STATES DISTRICT JUDGE