William R. Brown, Esq.
(Admitted *Pro Hac Vice*)
Tim D. McKay, Esq.
(Admitted *Pro Hac Vice*)
Schuckit & Associates, P.C.
4545 Northwestern Drive
Zionsville, IN  46077
Telephone:  317-363-2400
Fax:  317-363-2257
E-Mail:  wbrown@schuckitlaw.com
         tmckay@schuckitlaw.com

*Counsel for Defendant Trans Union, LLC*

Michael W. Bien, Esq. (CSB #96891)
Blake Thompson, Esq. (CSB #255600)
Rosen, Bien & Galvan, LLP
315 Montgomery Street, Tenth Floor
San Francisco, CA  94104
Telephone:  415-433-6830
Fax:  415-433-7104
E-Mail:  mbien@rbg-law.com
         bthompson@rbg-law.com

*Local Counsel for Defendant Trans Union, LLC*

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

## SAN JOSE DIVISION

| | |
|---|---|
| JOHN R. BOTTI,<br>　　　　Plaintiff,<br><br>vs.<br><br>EQUIFAX INFORMATION SERVICES, LLC; TRANS UNION, LLC; and FIA CARD SERVICES, N.A.;<br>　　　　Defendants. | CASE NO. 5:11-cv-00113-EJD<br><br>**STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE BETWEEN PLAINTIFF AND DEFENDANT TRANS UNION, LLC ONLY** |

Plaintiff John R. Botti, by counsel, and Defendant Trans Union, LLC ("Trans Union"), by counsel, hereby stipulate and agree that all matters herein between them have been

---

STIPULATION AND ORDER OF DISMISSAL -- 5:11-CV-00113-EJD

compromised and settled, and that Plaintiff's cause against Trans Union only should be dismissed, with prejudice, with each party to bear its own costs and attorneys' fees.

Date: 5/18/11

Respectfully submitted,

/s/ Mark F. Anderson

Mark F. Anderson, Esq.
Anderson, Ogilvie & Brewer, LLP
600 California Street, 18th Floor
San Francisco, CA 94108-2711
Telephone: 415-651-1951
Fax: 415-956-3233
E-Mail: mark@aoblawyers.com

*Counsel for John R. Botti*

Date: 5/16/11

/s/ William R. Brown

William R. Brown, Esq.
(Admitted *Pro Hac Vice*)
Tim D. McKay, Esq.
(Admitted *Pro Hac Vice*)
Schuckit & Associates, P.C.
4545 Northwestern Drive
Zionsville, IN 46077
Telephone: 317-363-2400
Fax: 317-363-2257
E-Mail: wbrown@schuckitlaw.com
        tmckay@schuckitlaw.com

*Counsel for Defendant Trans Union, LLC*

Michael W. Bien, Esq. (CSB #96891)
Blake Thompson, Esq. (CSB #255600)
Rosen, Bien & Galvan, LLP
315 Montgomery Street, Tenth Floor
San Francisco, CA 94104
Telephone: 415-433-6830
Fax: 415-433-7104
E-Mail: mbien@rbg-law.com
        bthompson@rbg-law.com

*Local Counsel for Defendant Trans Union, LLC*

STIPULATION AND ORDER OF DISMISSAL – 5:11-CV-00113-EJD

1  PURSUANT TO STIPULATION, IT IS SO ORDERED that Trans Union, LLC is
2  dismissed with prejudice. Plaintiff John R. Botti and Defendant Trans Union, LLC shall each
3  bear their own costs and attorneys' fees.

Date: _____          _____
                                       JUDGE, United States District Court, Northern
                                       District of California

DISTRIBUTION TO:

| Mark F. Anderson, Esq. mark@aoblawyers.com | Thomas P. Quinn, Esq. tquinn@nokesquinn.com |
|---|---|
| Scott H. Jacobs, Esq. shjacobs@reedsmith.com | Blake Thompson, Esq. bthompson@rbg-law.com |
| William R. Brown, Esq. wbrown@schuckitlaw.com | Tim D. McKay, Esq. tmckay@schuckitlaw.com |

STIPULATION AND ORDER OF DISMISSAL – 5:11-CV-00113-EJD