William R. Brown, Esq.
(Admitted *Pro Hac Vice*)
Tim D. McKay, Esq.
(Admitted *Pro Hac Vice*)
Schuckit & Associates, P.C.
4545 Northwestern Drive
Zionsville, IN  46077
Telephone:  317-363-2400
Fax:  317-363-2257
E-Mail:  wbrown@schuckitlaw.com
         tmckay@schuckitlaw.com

*Counsel for Defendant Trans Union, LLC*

Michael W. Bien, Esq. (CSB #96891)
Blake Thompson, Esq. (CSB #255600)
Rosen, Bien & Galvan, LLP
315 Montgomery Street, Tenth Floor
San Francisco, CA  94104
Telephone:  415-433-6830
Fax:  415-433-7104
E-Mail:  mbien@rbg-law.com
         bthompson@rbg-law.com

*Local Counsel for Defendant Trans Union, LLC*

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

## SAN JOSE DIVISION

| | |
|---|---|
| JOHN R. BOTTI,<br>             Plaintiff,<br><br>vs.<br><br>EQUIFAX INFORMATION SERVICES, LLC;<br>TRANS UNION, LLC; and FIA CARD<br>SERVICES, N.A.;<br>             Defendants. | CASE NO. 5:11-cv-00113-EJD<br><br>**STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE BETWEEN PLAINTIFF AND DEFENDANT TRANS UNION, LLC ONLY** |

Plaintiff John R. Botti, by counsel, and Defendant Trans Union, LLC ("Trans Union"), by counsel, hereby stipulate and agree that all matters herein between them have been

compromised and settled, and that Plaintiff's cause against Trans Union only should be dismissed, with prejudice, with each party to bear its own costs and attorneys' fees.

Date: 5/18/11

Respectfully submitted,

/s/ Mark F. Anderson
Mark F. Anderson, Esq.
Anderson, Ogilvie & Brewer, LLP
600 California Street, 18th Floor
San Francisco, CA  94108-2711
Telephone:  415-651-1951
Fax:  415-956-3233
E-Mail:  mark@aoblawyers.com

*Counsel for John R. Botti*

Date: 5/16/11

/s/ William R. Brown
William R. Brown, Esq.
 (Admitted *Pro Hac Vice*)
Tim D. McKay, Esq.
(Admitted *Pro Hac Vice*)
Schuckit & Associates, P.C.
4545 Northwestern Drive
Zionsville, IN  46077
Telephone:  317-363-2400
Fax:  317-363-2257
E-Mail:  wbrown@schuckitlaw.com
            tmckay@schuckitlaw.com

*Counsel for Defendant Trans Union, LLC*

Michael W. Bien, Esq. (CSB #96891)
Blake Thompson, Esq. (CSB #255600)
Rosen, Bien & Galvan, LLP
315 Montgomery Street, Tenth Floor
San Francisco, CA  94104
Telephone:  415-433-6830
Fax:  415-433-7104
E-Mail:   mbien@rbg-law.com
            bthompson@rbg-law.com

*Local Counsel for Defendant Trans Union, LLC*

STIPULATION AND ORDER OF DISMISSAL – 5:11-CV-00113-EJD

Page 2 of 3

PURSUANT TO STIPULATION, IT IS SO ORDERED that Trans Union, LLC is dismissed with prejudice. Plaintiff John R. Botti and Defendant Trans Union, LLC shall each bear their own costs and attorneys' fees.

Date: May 18, 2011

*[signature]*

JUDGE, United States District Court, Northern District of California

DISTRIBUTION TO:

| | |
|---|---|
| Mark F. Anderson, Esq.<br>mark@aoblawyers.com | Thomas P. Quinn, Esq.<br>tquinn@nokesquinn.com |
| Scott H. Jacobs, Esq.<br>shjacobs@reedsmith.com | Blake Thompson, Esq.<br>bthompson@rbg-law.com |
| William R. Brown, Esq.<br>wbrown@schuckitlaw.com | Tim D. McKay, Esq.<br>tmckay@schuckitlaw.com |