Mark F. Anderson (SBN 44787)
Anderson, Ogilvie & Brewer LLP
600 California Street, 18th Floor
San Francisco, CA 94108-2711
Ph: (415) 651-1951
Fax: (415) 956-3233
mark@aoblawyers.com

Attorneys for Plaintiff John R. Botti

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN R. BOTTI,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>EQUIFAX INFORMATION SERVICES, LLC; et al,<br><br>　　　　　Defendants. | Case No. 5:11-cv-00113-EJD<br><br>STIPULATION FOR DISMISSAL OF DEFENDANTS FIA CARD SERVICES, N.A., AND EQUIFAX INFORMATION SERVICES, LLC |

　　　　IT IS HEREBY STIPULATED by and between plaintiff John R. Botti and defendants FIA Card Services, N.A. and Equifax Information Services, LLC that plaintiff's claims against defendants FIA Card Services, N.A. and Equifax Information Services are hereby dismissed with prejudice.

　Dated: June 8, 2011.

　　　　　　　　　　　　　　　　　　　　/s/ Mark F. Anderson
　　　　　　　　　　　　　　　　　　　　Mark F. Anderson, SBN 44787
　　　　　　　　　　　　　　　　　　　　Anderson, Ogilvie & Brewer LLP
　　　　　　　　　　　　　　　　　　　　600 California Street, 18th FL
　　　　　　　　　　　　　　　　　　　　San Francisco, CA 94108
　　　　　　　　　　　　　　　　　　　　Telephone: 415-651-1951
　　　　　　　　　　　　　　　　　　　　Fax: 415-956-3233
　　　　　　　　　　　　　　　　　　　　E-Mail: mark@aoblawyers.com

　　　　　　　　　　　　　　　　　　　　Attorney for Plaintiff John R. Botti

Page Two, Stipulation for Dismissal, Botti v Equifax

Dated: June 8, 2011.          /s/   Veronica Kuiumdian
                              Veronica Kuiumdjian
                              REED SMITH LLP
                              355 South Grand Avenue, Suite 2900
                              Los Angeles, CA 90071
                              Phone: 213.457.8000
                              Fax: 213.457.8080
                              Email: vkuiumdjian@reedsmith.com

Dated: June 8, 2011.
                              /s/   Thomas P. Quinn
                              Thomas P. Quinn
                              Nokes & Quinn APC
                              410 Broadway, Ste 200
                              Laguna Beach, CA 92651
                              Phone: 949.376.3500
                              Fax: 949.376.3070
                              Email: tquinn@nokesquinn.com