Mark F. Anderson (SBN 44787)
Anderson, Ogilvie & Brewer LLP
600 California Street, 18th Floor
San Francisco, CA 94108-2711
Ph: (415) 651-1951
Fax: (415) 956-3233
mark@aoblawyers.com

Attorneys for Plaintiff John R. Botti

*IT IS SO ORDERED*
*Judge Edward J. Davila*
6/14/2011

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN R. BOTTI,<br><br>            Plaintiff,<br><br>      v.<br><br>EQUIFAX INFORMATION SERVICES, LLC; et al,<br><br>            Defendants. | Case No. 5:11-cv-00113-EJD<br><br>STIPULATION FOR DISMISSAL OF DEFENDANTS FIA CARD SERVICES, N.A., AND EQUIFAX INFORMATION SERVICES, LLC |

IT IS HEREBY STIPULATED by and between plaintiff John R. Botti and defendants FIA Card Services, N.A. and Equifax Information Services, LLC that plaintiff's claims against defendants FIA Card Services, N.A. and Equifax Information Services are hereby dismissed with prejudice.   The Clerk shall close this file.

 Dated: June 8, 2011.

/s/ Mark F. Anderson
Mark F. Anderson, SBN 44787
Anderson, Ogilvie & Brewer LLP
600 California Street, 18th FL
San Francisco, CA 94108
Telephone: 415-651-1951
Fax: 415-956-3233
E-Mail: mark@aoblawyers.com

Attorney for Plaintiff John R. Botti

1 | Page Two, Stipulation for Dismissal, Botti v Equifax

2

3 | Dated: June 8, 2011.                    /s/___Veronica Kuiumdian
                                            Veronica Kuiumdjian
4                                           REED SMITH LLP
                                            355 South Grand Avenue, Suite 2900
5                                           Los Angeles, CA 90071
                                            Phone: 213.457.8000
6                                           Fax: 213.457.8080
                                            Email: vkuiumdjian@reedsmith.com
7

8 | Dated: June 8, 2011.
                                            /s/    Thomas P. Quinn
9                                           Thomas P. Quinn
                                            Nokes & Quinn APC
10                                          410 Broadway, Ste 200
                                            Laguna Beach, CA 92651
11                                          Phone: 949.376.3500
                                            Fax: 949.376.3070
12                                          Email: tquinn@nokesquinn.com

13

...

28

Stip for Dismissal of Defendants FIA Card Services and Equifax Information Services, LLC
*Botti v Equifax Information Services, LLC,* No. 5:11-cv-00113 EJD                                    2